**BISNAR | CHASE**
ONE NEWPORT PLACE
1301 DOVE ST., SUITE 120
NEWPORT BEACH, CA 92660
PHONE: (949) 752-2999
FACSIMILE: (949) 752-2777

JOHN P. BISNAR, State Bar No. 80894
BRIAN D. CHASE, State Bar No. 164109

Attorneys for Plaintiff JOSHUA HILD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HILD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA SUPREME COURT;<br>CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT,<br><br>　　　　Defendants. | Case No:<br><br>C 07 5107<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: 9/25/07

BISNAR | CHASE

_____
BRIAN D. CHASE
Attorneys for Plaintiff
JOSHUA HILD