IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA HILD,

    Plaintiff,

v.

CALIFORNIA SUPREME COURT,

    Defendant.

No. C 07-05107 TEH

**Clerk's Notice Scheduling Case Management Conference on Reassignment**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Monday, 01/14/08** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: October 11, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ R. B. Espinosa
    R. B. Espinosa
    Deputy Clerk