POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| Brian Chase  SBN: 164109 <br> BISNAR & CHASE <br> 1301 DOVE ST. 120 NEWPORT BEACH, CA 92660 | | |
| TELEPHONE NO.: (949) 752-2999   FAX NO. *(Optional)*: (949) 752-2777 | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3483
BRANCH NAME: NORTHERN DISTRICT - SAN FRANCISCO

| PLAINTIFF/PETITIONER: HILD | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CA SUPREME COURT | C075107JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: HILD |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: See Attached List
3. a. Party served *(specify name of party as shown on documents served)*:
   **CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:
   **SINA LUI, AUTHORIZED TO ACCEPT**

4. Address where the party was served: **300 SOUTH SPRING 2ND FLOOR
   LOS ANGELES, CA 90013**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/11/2007   (2) at *(time)*: 02:30 pm
   b. ☐ **by substituted service.** On *(date)*:  at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10
POS010-1/OCP013791

| PETITIONER: HILDA | CASE NUMBER: |
|---|---|
| RESPONDENT: CA SUPREME COURT | C075107JCS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                   (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☒ On behalf of *(specify):* **CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                           ☒ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)               ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                              ☐ 415.46 (occupant)
                                                                    ☐ other:

7. **Person who served papers**
   a. Name: **Sean Stimmler - Janney & Janney Attorney Service, Inc.**
   b. Address: **1545 Wilshire Blvd., Ste 311  Los Angeles, CA 90017**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 45.00**
   e. **I am:**

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ owner      ☒ employee      ☐ independent contractor.
        (ii) Registration No.: **140**
        (iii) County: **Los Angeles**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **10/12/2007**

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Ste 311
Los Angeles, CA 90017
(213) 628-6338

                    **Sean Stimmler**                       ▶ *(signature)*
        (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*Hild vs. California Supreme Court, et al.*
United States District Court, Northern District of California
Case No. C-07-5107 JCS

## DOCUMENT TO BE SERVED ON DEFENDANT CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT

1. Summons in a Civil Case;

2. Complaint;

3. Civil Cover Sheet;

4. Certification of Interested Entities or Persons;

5. Notice of Assignment of Case to United States Magistrate Judge for Trial;

6. U.S. District Court Guidelines;

7. ECF Registration Information Handout; and

8. Order Setting Initial Case Management Conference and ADR Deadlines.