EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov ;

Attorneys for California Supreme Court and California
Court of Appeal, Second Appellate District

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA HILD,<br><br>                           Plaintiff,<br><br>v.<br><br>CALIFORNIA SUPREME COURT;<br>CALIFORNIA COURT OF APPEAL,<br>SECOND APPELLATE DISTRICT,<br><br>                         Defendants. | C 07 5107 TEH<br><br>[Proposed] ORDER DISMISSING COMPLAINT [Rule 12(b), F.R.C.P.] |

    The Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b), filed by defendant California Department of Justice was heard in open court on December 3, 2007. Plaintiff Joshua Hild appeared though his counsel, Brian D. Chase. The California Supreme Court and California Court of Appeal, Second Appellate District, appeared by counsel, Deputy Attorney General Tom Blake.

    The Court GRANTS the Motion to Dismiss as to defendants California Supreme Court and California Court of Appeal, Second Appellate District, on the grounds that the Court is without jurisdiction to review state court criminal proceedings; on the grounds matter is moot and that plaintiff lacks standing; on the grounds that defendants are immune by virtue of the Eleventh

[Proposed] Order Dismissing Complaint [Rule 12(b), F.R.C.P.      Case No. C 07 5107 TEH.

1

1  Amendment; and on the grounds that the complaint fails to state any claim upon which relief can be
2  granted.

4      Dated: _____

6                              _____
                                THELTON E. HENDERSON
                                United States District Judge

[Proposed] Order Dismissing Complaint [Rule 12(b), F.R.C.P.                    Case No. C 07 5107 TEH.

2