1  **BISNAR | CHASE**
   ONE NEWPORT PLACE
2  1301 DOVE ST., SUITE 120
   NEWPORT BEACH, CA 92660
3  PHONE: (949) 752-2999
   FACSIMILE: (949) 752-2777
4  JOHN P. BISNAR, State Bar No. 80894
   BRIAN D. CHASE, State Bar No. 164109
5

6  Attorneys for Plaintiff JOSHUA HILD

7

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  JOSHUA HILD, | Case No. C 07-05107 TEH |
| 12              Plaintiff, | |
| 13       vs. | **NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| 14  CALIFORNIA SUPREME COURT; CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT, | Date:     January 14, 2008<br>Time:     1:30 p.m.<br>Crtm:     12 |
| 15 | |
| 16              Defendants. | |
| 17 | [HONORABLE THELTON E. HENDERSON] |

21  TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE THAT the Court has scheduled an Initial Case Management Conference for Monday, January 14, 2008, at 1:30 p.m., before the Honorable Thelton E. Henderson upon reassignment. Please report to Courtroom 12, on the 19th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, CA, 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

    For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

1
NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT

1  A copy of the Clerk's Notice is attached hereto as Exhibit "1".

2  DATED: 11/9/07    .                    BISNAR | CHASE

*[signature]*

BRIAN D. CHASE
Attorneys for Plaintiff
JOSHUA HILD

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA HILD,

    Plaintiff,

v.

CALIFORNIA SUPREME COURT,

    Defendant.

No. C 07-05107 TEH

**Clerk's Notice Scheduling Case Management Conference on Reassignment**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Monday, 01/14/08 at 1:30 PM** before the Honorable Thelton E. Henderson upon reassignment. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: October 11, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *[signature]*
R. B. Espinosa
Deputy Clerk

## PROOF OF SERVICE

*Joshua Hild vs. California Supreme Court, et al.*
**CASE NO. C-07-05107-TEH**

I am employed in the county of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1301 Dove Street, Suite 120, Newport Beach, California.

On November 9, 2007, I served the foregoing **NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** on all interested parties in this action:

( X )  **BY MAIL,** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid:

( )  **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the **OVERNITE EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( )  **BY FACSIMILE,** by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

( )  **BY PERSONAL SERVICE,** by personally delivering the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 9, 2007, at Newport Beach, California.

_____
Angie Oremus

BISNAR | CHASE

| COUNSEL | PARTY(S) |
|---|---|
| Tom Blake, Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5506<br>Fax: (415) 703-5480 | Attorneys for Defendants<br>CALIFORNIA SUPREME COURT and<br>CALIFORNIA COURT OF APPEAL,<br>SECOND APPELLATE DISTRICT |