IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA HILD,

               Plaintiff,

      v.

CALIFORNIA SUPREME COURT, et al.

               Defendant.

NO. C 07-5107 TEH

ORDER CONTINUING HEARING

    To accommodate the Court's calendar, the hearing on Defendant's Motion to Dismiss, currently set for December 3, 2007, is hereby CONTINUED to December 17, 2007 at 10:00 a.m. All other deadlines, including briefing deadlines, shall remain the same.

**IT IS SO ORDERED.**

Dated: 11/13/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT