Court of Appeal, Second Appellate District, Div. 2 - No. B185778
S155161

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

JOSHUA HILD, Plaintiff and Respondent,

v.

SOUTHERN CALIFORNIA EDISON COMPANY, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED

OCT 2 4 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice