EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5506
  Fax: (415) 703-5480
  Email: tom.blake@doj.ca.gov

Attorneys for California Supreme Court and California Court of Appeal, Second Appellate District

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA HILD,<br><br>                         Plaintiff,<br><br>v.<br><br>CALIFORNIA SUPREME COURT; CALIFORNIA COURT OF APPEAL, SECOND APPELLATE DISTRICT,<br><br>                         Defendants. | C 075107 TEH<br><br>NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT |

TO: PLAINTIFF JOSHUA HILD AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, because plaintiff has filed a First Amended Complaint that supercedes the Complaint that had been addressed by the defendants' Motion to Dismiss that is presently calendared for hearing on January 14, 2008, defendants California Supreme Court and

1 | California Court of Appeal, Second Appellate District hereby withdraw that motion to dismiss.

2 | Dated: November 26, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General

/s/ Tom Blake

TOM BLAKE
Deputy Attorney General

Attorneys for California Supreme Court and California Court of Appeal, Second Appellate District

---

Notice of Withdrawal of Motion to Dismiss Complaint             Case No. C 075107 TEH

2