1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  TOM BLAKE
   Deputy Attorney General
4  State Bar No. 51885
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA 94102-3664
      Telephone: (415) 703-5506
6     Fax: (415) 703-5480
      Email: tom.blake@doj.ca.gov
7
   Attorneys for California Supreme Court
8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JOSHUA HILD,                                    C 075107 TEH

13                                    Plaintiff,    **[Proposed] ORDER
                                                    DISMISSING FIRST
14         v.                                       AMENDED COMPLAINT
                                                    [Rule 12(b), F.R.C.P.]**
15  CALIFORNIA SUPREME COURT; CALIFORNIA
    COURT OF APPEAL, SECOND APPELLATE
16  DISTRICT,
                                    Defendants.
17

18         On January 14, 2008, defendant California Supreme Court's motion to dismiss pursuant to Rule

19  12(b), Federal Rules of Civil Procedure, was heard in open court in courtroom 12 of the United

20  States Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiff

21  Joshua Hild appeared though his counsel, Brian D. Chase.  The California Supreme Court appeared

22  by counsel, Deputy Attorney General Tom Blake.

23         The Court GRANTS the Motion to Dismiss as to defendant California Supreme Court on the

24  grounds that the plaintiff lacks standing, that the Court is without jurisdiction to review state court

25  ///

26  ///

27  ///

28  ///

1  proceedings, that defendant is immune by virtue of the Eleventh Amendment, and that the complaint

2  fails to state any claim upon which relief can be granted.

3

4  Dated: _____

5

6                                    _____
                                     THELTON E. HENDERSON
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Dismissing  First Amended Complaint                    Case No.  C 075107 TEH