UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: February 4, 2008

**Case No:** C 07-05107 TEH

**Case Title**:  JOSHUA HILD v. CALIFORNIA SUPREME COURT

**Appearances:**

> For Plaintiff(s): Mike Pena

> For Defendant(s): Tom Blake

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: Catherine Edwards

### *PROCEEDINGS*

1. Hearing on Defendant's Motion to Dismiss - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                (X) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   (X) Court