AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Northern             DISTRICT OF             California

**APPEARANCE**

Joshua Hild, Plaintiff v. California Supreme Court, et al, Defendants     Case Number: C 07-05107 (TEH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Joshua Hild

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/19/2008 | *[signature]* Mike Peña |
| Date | Signature |
| | Michael A. Pena — 177450 |
| | Print Name — Bar Number |
| | 1301 Dove Street, Suite 120 |
| | Address |
| | Newport Beach — CA — 92660 |
| | City — State — Zip Code |
| | (949) 752-2999 — (949) 752-2777 |
| | Phone Number — Fax Number |

## PROOF OF SERVICE

*Joshua Hild vs. California Supreme Court, et al.*
**CASE NO. C-07-05107-TEH**

I am employed in the county of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1301 Dove Street, Suite 120, Newport Beach, California.

On February 19, 2008, I served the foregoing **APPEARANCE** on all interested parties in this action:

(X) **BY MAIL,** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid:

( ) **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the **OVERNITE EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( ) **BY FACSIMILE,** by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

( ) **BY PERSONAL SERVICE**, by personally delivering the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 19, 2008, at Newport Beach, California.

*/s/ Nicole C. Michau*
Nicole C. Michau

| COUNSEL | PARTY(S) |
|---|---|
| Tom Blake, Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5506<br>Fax: (415) 703-5480 | Attorneys for Defendants<br>CALIFORNIA SUPREME COURT and<br>CALIFORNIA COURT OF APPEAL,<br>SECOND APPELLATE DISTRICT |

BISNAR | CHASE