1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    JOSHUA HILD,                              No. CV 07-05107 TEH

7              Plaintiff,
                                               **JUDGMENT IN A CIVIL CASE**
8       v.

9    CALIFORNIA SUPREME COURT,

10             Defendant.

11   _____/

12       **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

13   have been tried and the jury has rendered its verdict.

14       **(XX)  Decision by Court.** This action came to trial or hearing before the Court.

15   The issues have been tried or  heard and a decision has been rendered.

16           **IT IS SO ORDERED AND ADJUDGED** that the Motion to Dismiss is

17   GRANTED.

18

19   Dated: 02/27/08                           Richard W. Wieking, Clerk

20                                             By: R.B. Espinosa
                                               Deputy Clerk
21

22

23

24

25

26

27

28