**BISNAR | CHASE**
ONE NEWPORT PLACE
1301 Dove St., Suite 120
Newport Beach, CA 92660
Phone: (949) 752-2999
Facsimile: (949) 753-2777
BRIAN D. CHASE, State Bar No. 164109
MIKE PEÑA, State Bar No. 177450

Attorneys for Plaintiff/Appellant JOSHUA HILD

**ORIGINAL FILED**

08 MAR 25 AM 11:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA HILD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA SUPREME COURT,<br><br>　　　　Defendant. | Case No. C 07-05107 TEH<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff JOSHUA HILD hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

JUDGMENT IN CIVIL CASE filed and entered on the docket in this action on February 27, 2008. A copy of said Judgment is attached hereto as Exhibit "A."

DATED:　　March 24, 2008　　　　　　　　BISNAR|CHASE

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BRIAN D. CHASE, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　MIKE PEÑA, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff/Appellant
　　　　　　　　　　　　　　　　　　　　　　　JOSHUA HILD

1
NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

*Joshua Hild vs. California Supreme Court, et al.*
**CASE NO. C-07-05107-TEH**

I am employed in the county of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1301 Dove Street, Suite 120, Newport Beach, California.

On March 24, 2008, I served the foregoing **NOTICE OF APPEAL** on all interested parties in this action:

(X) **BY MAIL**, by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid:

( ) **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the **OVERNITE EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( ) **BY FACSIMILE**, by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

( ) **BY PERSONAL SERVICE**, by personally delivering the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008, at Newport Beach, California.

*/s/ Nicole C. Michau*
NICOLE C. MICHAU

---

2
NOTICE OF APPEAL

## SERVICE LIST

| COUNSEL | PARTY(S) |
| --- | --- |
| Tom Blake, Esq., Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5506<br>Fax: (415) 703-5480 | Attorney for Defendant<br>CALIFORNIA SUPREME COURT |

EXHIBIT A

Case 3:07-cv-05107-TEH    Document 26    Filed 02/27/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA HILD,

    Plaintiff,

v.

CALIFORNIA SUPREME COURT,

    Defendant.

No. CV 07-05107 TEH

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(XX) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that the Motion to Dismiss is GRANTED.

Dated: 02/27/08

Richard W. Wieking, Clerk

By: R.B. Espinosa
Deputy Clerk