

**Form 6. Civil Appeals Docketing Statement**

> USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br>JOSHUA HELD v. CALIFORNIA<br>SUPREME COURT | DISTRICT: NORTHERN    JUDGE: THELTON E. HENDERSON |
|---|---|
| | DISTRICT COURT NUMBER: C 07-05107 TEH |
| | DATE NOTICE OF APPEAL<br>FILED: March 25, 2008    IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY,<br>PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:
Declaratory Relief to strike down Cal Rules of Court, Rule 8.1115(a), the "non-citation rule" as unconstitutional. Motion to Dismiss below was granted.    FRCP 12(b)(6).

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:
Is CRC Rule 8.1115(a) unconstitutional as promoting "selective prospectivity"?

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

## LOWER COURT INFORMATION

Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| [X] FEDERAL QUESTION | [X] FINAL DECISION OF DISTRICT COURT | [ ] DEFAULT JUDGMENT<br>[ ] DISMISSAL / JURISDICTION<br>[X] DISMISSAL / MERITS | [ ] DAMAGES:<br>SOUGHT $ _____<br>AWARDED $ _____ |
| [ ] DIVERSITY | [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | [ ] SUMMARY JUDGMENT<br>[ ] JUDGMENT / COURT DECISION<br>[ ] JUDGMENT / JURY VERDICT | [ ] INJUNCTIONS:<br>　[ ] PRELIMINARY<br>　[ ] PERMANENT |
| [ ] OTHER (SPECIFY) | [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>[ ] OTHER (SPECIFY): | [ ] DECLARATORY JUDGMENT<br>[ ] JUDGMENT AS A MATTER OF LAW<br>[ ] OTHER (SPECIFY): | 　[ ] GRANTED<br>　[ ] DENIED<br>[ ] ATTORNEY FEES:<br>SOUGHT $ _____<br>AWARDED $ _____<br>　[ ] PENDING<br>[ ] COSTS: $ _____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____    March 24th, 2008
Signature                              Date
Mike Pena, Esq.

## COUNSEL WHO COMPLETED THIS FORM

NAME: Brian D. Chase, Esq. and Mike Pena, Esq.

FIRM: BISNAR|CHASE, LLP

ADDRESS: 1301 Dove Street, Suite 120, Newport Beach, CA 92660

E-MAIL: bchase@bisnarchase.com and mpena@bisnarchase.com

TELEPHONE: 949-752-2999

FAX: 949-752-2777

**\*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL\***
**\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS\***

Effective 7/1/2000