FAXED

|   |   |
|---|---|
| 1 | **BISNAR | CHASE** |
| 2 | ONE NEWPORT PLACE |
|   | 1301 DOVE ST., SUITE 120 |
|   | NEWPORT BEACH, CA 92660 |
| 3 | PHONE: (949) 752-2999 |
|   | FACSIMILE: (949) 752-2777 |
| 4 | BRIAN D. CHASE, State Bar No. 164109 |
|   | MIKE PEÑA, State Bar No. 177450 |

FILED
08 MAR 25 AM 11:00

6   Attorneys for Plaintiff/Appellant JOSHUA HILD

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11  JOSHUA HILD,                          Case No. C 07-05107 TEH

12          Plaintiff,

13      vs.                               **REPRESENTATION STATEMENT [9TH CIR.
                                          RULE 3-2]**
14  CALIFORNIA SUPREME COURT,

15          Defendant.

18  The parties to this action and their counsel are as follows:

19  (1)  Plaintiff, JOSHUA HILD.

20  Counsel: Brian D. Chase, Esq. and Mike Peña, Esq., 1301 Dove Street, Newport Beach, California

21  92660, Telephone: (949) 752-2999, Facsimile: (949) 752-2777.

22  (2)  Defendant, CALIFORNIA SUPREME COURT.

23  Counsel: Tom Blake, Esq., Deputy Attorney General, 455 Golden Gate Avenue, Suite 11000, San

24  Francisco, CA 94102-3664, Telephone: (415) 703-5506, Facsimile: (415) 703-5480.

25  DATED:  March 24, 2008              BISNAR|CHASE

                                        /s/ Mike Peña
                                        _____
                                        BRIAN D. CHASE, ESQ.
                                        MIKE PEÑA, ESQ.
                                        Attorneys for Plaintiff/Appellant
                                        JOSHUA HILD

1

REPRESENTATION STATEMENT [9TH CIR. RULE 3-2]

## CERTIFICATE OF SERVICE

*Joshua Hild vs. California Supreme Court, et al.*
**CASE NO. C-07-05107-TEH**

I am employed in the county of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1301 Dove Street, Suite 120, Newport Beach, California.

On March 24, 2008, I served the foregoing **REPRESENTATION STATEMENT [9TH CIR. RULE 3-2]** on all interested parties in this action:

(X) **BY MAIL**, by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid:

( ) **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the **OVERNITE EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( ) **BY FACSIMILE**, by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

( ) **BY PERSONAL SERVICE**, by personally delivering the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008, at Newport Beach, California.

Nicole C. Michau
NICOLE C. MICHAU

## SERVICE LIST

| COUNSEL | PARTY(S) |
|---|---|
| Tom Blake, Esq., Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5506<br>Fax: (415) 703-5480 | Attorney for Defendant<br>CALIFORNIA SUPREME COURT |