03-25-2008  08:55AM  FROM-    T-652  P.011/012  F-133



ORIGINAL FILED
08 MAR 25 AM 11:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

*Joshua Hild vs. California Supreme Court, et al.*
**CASE NO. C-07-05107-TEH**

I am employed in the county of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1301 Dove Street, Suite 120, Newport Beach, California.

On March 24, 2008, I served the foregoing **CIVIL DOCKETING STATEMENT** on all interested parties in this action:

(X)  **BY MAIL**, by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid:

( )  **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the **OVERNITE EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( )  **BY FACSIMILE**, by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

( )  **BY PERSONAL SERVICE**, by personally delivering the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 24, 2008, at Newport Beach, California.

*/s/ Nicole C. Michau*
NICOLE C. MICHAU

1
NOTICE OF APPEAL

## SERVICE LIST

| COUNSEL | PARTY(S) |
|---|---|
| Tom Blake, Esq., Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5506<br>Fax: (415) 703-5480 | Attorney for Defendant<br>CALIFORNIA SUPREME COURT |