# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
|---|---|
|  | 07-05107 TEH |

**SHORT CASE TITLE:** HILD v. SOUTHERN CALIFORNIA EDISON

**DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT:** March 5, 2008

FILED 08 APR -4 PM 2:47

---

### SECTION A - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

HEARING DATE    COURT REPORTER    PROCEEDINGS

[ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS
[ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY)

(repeated rows)

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

---

**NAME, ADDRESS AND TELEPHONE NUMBER:**
Brian D. Chase, Esq.
1301 Dove Street
Suite 760
Newport Beach, CA. 92660
949-752-2999

**DATE TRANSCRIPT ORDERED:** April 3, 2008

**SIGNATURE**
ATTORNEY/PRO PER LITIGANT

---

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-6 (08/97) CA9-038 (10/01/02)

**COPY ONE**
PD-A8

## PROOF OF SERVICE

### *Joshua Hild vs. California Supreme Court, et al.*
### CASE NO. C-07-05107-TEH

I am employed in the county of Orange, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 1301 Dove Street, Suite 120, Newport Beach, California.

On April 4, 2008, I served the foregoing **TRANSCRIPT DESIGNATION AND ORDERING FORM** on all interested parties in this action:

(X)  **BY MAIL,** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the United States mail at the address located set forth hereinabove, with sufficient first-class postage thereon pre-paid:

( )  **BY OVERNIGHT PRIORITY MAIL WITH NEXT DAY DELIVERY GUARANTEED** by placing a true copy thereof, in an sealed envelope to the addressee(s) ON THE ATTACHED SERVICE LIST, and depositing the same into the **OVERNITE EXPRESS** mail drop at the address located set forth hereinabove, with postage pre-paid.

( )  **BY FACSIMILE,** by transmitting by facsimile transmission a true and correct copy of the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

( )  **BY PERSONAL SERVICE,** by personally delivering the same to the addressee(s) listed ON THE ATTACHED SERVICE LIST:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 4, 2008, at Newport Beach, California.

*Nicole C. Michau*
Nicole C. Michau

BISNAR | CHASE

| COUNSEL | PARTY(S) |
|---|---|
| Tom Blake, Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-3664<br>Tel: (415) 703-5506<br>Fax: (415) 703-5480 | Attorneys for Defendants<br>CALIFORNIA SUPREME COURT and<br>CALIFORNIA COURT OF APPEAL,<br>SECOND APPELLATE DISTRICT |