**FILED**

UNITED STATES COURT OF APPEALS

MAY 02 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEANNA L. FREITAG,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS,<br><br>    Defendant,<br><br>DAVID A. CARMICHAEL; et al.,<br><br>    Defendants,<br><br>and<br><br>ROBERT J. AYERS, Jr.; et al.,<br><br>    Defendants - Appellants. | No. 07-16200<br><br>D.C. No. CV-00-02278-THE<br>Northern District of California,<br>San Francisco<br><br>ORDER |

FILED

MAY - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Before: REINHARDT, NOONAN, and HAWKINS, Circuit Judges.

Appellee's motion to transfer consideration of attorneys' fees to the district court is

GRANTED.